**STATE ex BIRRELL et v SPEAK**
**STATE ex BIRRELL et v GIFFIN**

Ohio Supreme Court

Nos 23346 & 23347. Decided March 3, 1932

416

Marshall, CJ, Allen and Stephenson, JJ, concur. Matthias and Day, JJ, concur in the judgment, but dissent from the two-year term limitation.

Full opinion will be published later. Watch **Omnibus Index.**